# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE BERNAT, | Civil Action No. 12-2649 (MAS-LHG) |
| Plaintiff, | |
| v. | |
| STATE OF NEW JERSEY DEPARTMENT OF CORRECTIONS, EDNA MAHAN CORRECTIONAL FACILITY FOR WOMEN, WILLIAM HAUCK, administrator of the Edna Mahan Correctional Facility for Women, ERICK MELGAR, JANETTE BENNETT, ALFRED E. SMALLS, JEFFREY S. ELLIS, LANCE K. JOHNSON, all individually and in their capacity as a current and/or former State Correctional Officers, JOHN DOE 1-10, and JOHN DOE ENTITY 1-10, | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that, following the dismissal of all remaining claims and termination of the case on April 20, 2016, Christine Bernat, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from an Order granting summary judgment to Defendants State of New Jersey Department of Corrections, William Hauck, Jeffrey S. Ellis and Lance K. Johnson entered on October 28, 2015.

Jeffrey S. Mandel, Esq.
Attorney for Plaintiff
Cutolo Mandel LLC
151 Route 33 East, Suite 204
Manalapan, NJ 07726
jmandel@cmattorney.com
(732) 414-1170

Date: May 19, 2016