Law Offices of Jeffrey S Mandel llc
Jeffrey S. Mandel, Esq. (017771998)
159 Millburn Avenue
Millburn, NJ 07041
973-921-0003
Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE BERNAT,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEW JERSEY DEPARTMENT OF CORRECTIONS, EDNA MAHAN CORRECTIONAL FACILITY FOR WOMEN, WILLIAM HAUCK, administrator of the Edna Mahan Correctional Facility for Women, ERICK MELGAR, JANETTE BENNETT, ALFRED E. SMALLS, JEFFREY S. ELLIS, LANCE K. JOHNSON, all individually and in their capacity as a current and/or former State Correctional Officers, JOHN DOE 1-10, and JOHN DOE ENTITY 1-10,<br><br>    Defendants. | Civil Action No. 12-2649<br><br>**NOTICE OF MOTION<br>TO RE-OPEN CASE<br>FOLLOWING REMAND<br>FROM THE UNITED STATES<br>COURT OF APPEALS<br>FOR THE THIRD CIRCUIT** |

TO: Craig C. Swenson, Esq.
   Court Plaza South—East Wing
   21 Main St., Ste. 305
   Hackensack, NJ  07601
   Attorney for Defendant Alfred E. Smalls

   Robert Preuss, Esq.
   Deputy Attorney General
   R.J. Hughes Justice Complex
   25 Market St.
   P.O. Box 112
   Trenton, NJ  08625-0112
   Attorneys for Defendants Jeffrey S. Ellis, Lance K. Johnson, and William Hauck

Brook Bagley, Esq.
Ricci & Fava L.L.C.
300 Lackawanna Ave.
West Paterson, NJ 07424
Attorneys for Defendant Erick Melgar

COUNSEL:

PLEASE TAKE NOTICE that on August 21, 2017, or a date to be chosen by the Court, the undersigned attorney for Plaintiff shall move before the Honorable Michael A. Shipp, U.S.D.J., in the United States Court House, Trenton, New Jersey, for an Order re-opening the case following the remand from the United States Court of Appeals for the Third Circuit.

PLEASE TAKE FURTHER NOTICE that Plaintiff will rely upon the declaration of Jeffrey S. Mandel, Esq. in support of this motion. A proposed form of Order is being submitted herewith.

                                            LAW OFFICES OF
                                            JEFFREY S MANDEL LLC

                                            By: */s/ Jeffrey S. Mandel*
                                                 Jeffrey S. Mandel

Dated: *7/21/17*