Law Offices of Jeffrey S Mandel LLC
Jeffrey S. Mandel, Esq. (017771998)
159 Millburn Avenue
Millburn, NJ 07041
973-921-0003
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE BERNAT,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEW JERSEY DEPARTMENT OF CORRECTIONS, EDNA MAHAN CORRECTIONAL FACILITY FOR WOMEN, WILLIAM HAUCK, administrator of the Edna Mahan Correctional Facility for Women, ERICK MELGAR, JANETTE BENNETT, ALFRED E. SMALLS, JEFFREY S. ELLIS, LANCE K. JOHNSON, all individually and in their capacity as a current and/or former State Correctional Officers, JOHN DOE 1-10, and JOHN DOE ENTITY 1-10,<br><br>Defendants. | Civil Action No. 12-2649 (MAS-LHG)<br><br>**STATEMENT THAT NO BRIEF IS NECESSARY FOR THIS MOTION PURSUANT TO L.Civ.R. 7.1(d)(4)** |

I hereby certify that no brief is necessary in support of this motion as reliance will be made on the attached declaration of counsel.

By: /s/ *Jeffrey S. Mandel*
Jeffrey S. Mandel

Dated:  *7/21/17*