# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE BERNAT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEW JERSEY,<br>DEPARTMENT OF CORRECTIONS,<br>et al.<br><br>　　　　Defendants. | Civil Action No. 12-2649 (MAS) (LHG)<br><br>**ORDER** |

This matter comes before the Court upon Christine Bernat's ("Plaintiff") Motion to Reopen the case and to schedule a conference. (ECF No. 129.) Defendants did not file opposition to the Motion. The Court has carefully considered the papers submitted in support of the Motion and for good cause shown,

**IT IS** on this 9th day of November, 2017, **ORDERED** that Plaintiff's Motion to Reopen the case is **GRANTED** and the matter is hereby reopened. The Parties shall contact the Honorable Lois H. Goodman, U.S.M.J., to request a conference.

/s/ Michael A. Shipp

**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**